AO 442 (Rev. 11 11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

1162382

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00340 |
| Bart Gore | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 12/7/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Bart Gore                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2023.12.07
11:43:20
-05'00'

Date: _____12/07/2023_____
                                                                *Issuing officer's signature*

City and state:        Washington D.C.                    Robin M. Meriweather  U.S. Magistrate Judge
                                                                *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 12/12/23 , and the person was arrested on *(date)* 12/12/23 at *(city and state)* Dandridge, TN |
| Date: 12/12/2023                                                  *Arresting officer's signature* |
|                                                                John Harmon, Task Force Officer
                                                                *Printed name and title* |